IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DIANE HOPKINS, et al.,,<br><br>    Plaintiffs,<br><br>v.<br><br>BASIC RESEARCH, et al.,<br><br>    Defendants. | CIVIL ACTION<br>No. 6:10-cv-1627-GAP-GJK |

**STIPULATION FOR DISMISSAL OF PLAINTIFF GARY LAWTON**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

IT IS HEREBY STIPULATED by and among the parties to this action, through their designated counsel, that Gary Lawton be and is hereby dismissed as a plaintiff in the above-captioned action, and that the claims of Plaintiff Gary Lawton and the New Jersey Subclass he sought to represent in the above-captioned action be and hereby are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: May 3, 2011

By: /s/ John B. Patterson
    John B. Patterson

BALKAN & PATTERSON, LLP
John B. Patterson (Florida Bar No. 023930)
Adam M. Balkan (Florida Bar No. 044880)
601 South Federal Highway, Suite 302
Boca Raton, Florida 33432
Telephone: (561) 750-9191
Facsimile: (561) 750-1574
john@balkanandpatterson.com
adam@balkanandpatterson.com

BAILEY PERRIN BAILEY
Fletcher V. Trammell (Texas Bar No. 24042053)
(admitted *pro hac vice*)
440 Louisiana, Suite 2100
Houston, Texas 77002

        Telephone: (713) 425-7100
        Facsimile: (713) 425-7101
        ftrammell@bpblaw.com

        HUGHES ELLZEY, LLP
        W. Craft Hughes (Texas Bar No. 24046123)
        (admitted *pro hac vice*)
        2700 Post Oak Boulevard, Suite 1120
        Houston, Texas 77056
        Telephone: (888) 350-3931
        Facsimile: (888) 995-3335
        craft@crafthugheslaw.com

        *Attorneys for Plaintiffs*

Approved as to Form and Content:

DATED: May 3, 2011        By: /s/ Amy Tingley
          Amy Tingley

        STOVASH, CASE & TINGLEY
        Robert J. Stovash (Florida Bar No. 0760320)
        Amy Tingley (Florida Bar No. 0068871)
        200 South Orange Avenue, Suite 1220
        Orlando, Florida 32801
        Telephone: (407) 316-0393
        Facsimile: (407) 316-8969
        rstovash@sctlaw.com
        atingley@sctlaw.com

        MANNING CURTIS BRADSHAW & BEDNAR
        Brent V. Manning
        (admitted *pro hac vice*)
        Sammi V. Anderson
        (admitted *pro hac vice*)
        James E. Ji
        (admitted *pro hac vice*)
        170 South Main Street, Suite 900
        Salt Lake City, Utah 84101
        Telephone: (801) 363-5678
        Facsimile: (801) 364-5678
        bmanning@mc2b.com
        sanderson@mc2b.com
        jji@mc2b.com

        *Attorneys for Defendants*