# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIANE HOPKINS & GARY LAWTON,**

      **Plaintiff,**

**-vs-**                                    **Case No. 6:10-cv-1627-Orl-31GJK**

**BASIC RESEARCH, LLC, CARTER-REED COMPANY, LLC, DENNIS GAY, MITCHELL K. FRIEDLANDER & DOES 1-10,**

      **Defendant.**

_____/

## ORDER

Upon consideration of the Stipulation for Dismissal of Plaintiff Gary Lawton (Doc. No. 62), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiff Gary Lawton and the New Jersey Subclass he sought to represent are dismissed, each party to bear its own fees and costs. Any pending motions as to these claimants are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 4, 2011.

                                                            GREGORY A. PRESNELL
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party