# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIANE HOPKINS,**

        **Plaintiff,**

**-vs-**                                                    **Case No.  6:10-cv-1627-Orl-31GJK**

**BASIC RESEARCH, LLC, CARTER-
REED COMPANY, LLC, DENNIS GAY,
MITCHELL K. FRIEDLANDER & DOES
1-10,**

        **Defendants.**
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal (Doc. No. 68), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 18, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party